No. 911.  ED SPEAR, PETITIONER, v. UNITED STATES. March 18, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. S. W. Fordyce, Jr.,* and *Mr. Truman Post Young* for petitioner.  *The Solicitor General* and *Mr. Assistant Attorney General Fitts* for the United States.

———

No. 897.  CRAIG MOUNTAIN LUMBER COMPANY, LIMITED, PETITIONER, v. JAMES SUMEY.  March 25, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Idaho denied.  *Mr. Jackson H. Ralston* for petitioner. *Mr. William R. Harr* and *Mr. Charles H. Bates* for respondent.

———

No. 863.  LUIS HULLER ET AL., PLAINTIFFS IN ERROR, v. STATE OF NEW MEXICO ON THE RELATION OF THE NORTHWESTERN COLONIZATION & IMPROVEMENT COMPANY, OF CHIHUAHUA.  March 25, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of New Mexico denied.  *Mr. Walter D. Hawk, Mr. Samuel S. Holmes, Mr. A. B. Renehan, Mr. Charles A. Douglas* and *Mr. Jo V. Morgan* for petitioners.  *Mr. James R. Garfield, Mr. D. J. Cable, Mr. Harry L. Patton* and *Mr. Francis C. Wilson* for respondent.

———

No. 870.  FREDERIC W. GOUDY, PETITIONER, v. HENRY ALFRED HANSEN, EXECUTOR, ETC.  March 25, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. E. W. Bradford* and *Mr. Charles E. Hughes* for petitioner.  *Mr. Nathan Heard* for respondent.